ADELMAN

STEPHEN C. DRIES
U.S. MAGISTRATE JUDGE

# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2023 MAR 29 A 10: 50
CLERK OF COURT

(Full name of plaintiff(s))

Chaney Sinclair Lockridge

v.

(Full name of defendant(s))

John T. Chisholm

Jonathan D. Richards

Susan M. Roth

Case Number:

**23-C-0403**

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of _America near Wisconsin_ and resides at
   (State)
   
   _P.O. Box 18022 Milwaukee Wisconsin [53218]_
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _John T. Chisholm_
   (Name)

Complaint – 1

Defendant Jonathan D. Richards is a citizen of Wisconsin and worked for Milwaukee County Circuit Courts.

Defendant Susan M. Roth is a citizen of Wisconsin and worked for Milwaukee County Circuit Courts.

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Milwaukee County District Attorney's Office__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

__Please see typed attatchment__

## STATEMENT OF CLAIM

All Defendants failed to produce the delegation of authority from the U.S. Secretary of Treasury to justify opening account #2023CM000737 using Plaintiff's private information and hiring themselves without such consent; violating due process holding internal revenue proceedings in the guise of civil proceedings committing tax fraud. All Defendants failed to establish that Plaintiff is "in fact" "subject" to said jurisdictions by proper "Certification" and "Consent" to "sue and be sued" in the Article 1 Administrative Courts. Defendant [John] holds no admissible evidence upon which the court could render a lawful order or warrant without a competent witness. Defendant [John] failed to establish a prima facie case. Defendant [John] holds no lawful supporting verified affidavit or verified complaint signed by a man or woman under penalty of perjury to any injury to claim damages. On 17 March 2023 All defendants acquiesced to received notices entitled, "Records Request for Validation of case no 2023CM000737, Notice of Wrong Party Defendant, and Notice: intent to sue. Defendant [John] uses Wis. Stat. 946.41(1) and Wis. Stat. 939.63(1)(a) against Plaintiff without any production of Plaintiff's minimum contacts with the defendants, lack of territorial jurisdiction and subject matter jurisdiction. On 17 March 2023 Defendant Susan and Defendant Jonathan failed to Automatically disqualify themselves upon receipt of notice entitled *"Private Notice of Disqualification"* via United States Postal Service certified mail #7020 3160 0002 2272 6394 [Susan] and #70203160000222726400 [Jonathan] . Defendants Susan and Jonathan violate their oath to uphold the Constitution, causing injury by depriving Plaintiff of life, property, liberty, and the pursuit of happiness without due process of law. On 17 March 2023 Defendant John acquiesced to notice entitled, *Judicial Notice of Liability: Attorney no Authority* sent via United States Postal Service certified mail #: 70203160000222726387. Defendants know or should know silence is acquiescence under the law, silence can only be equated with fraud where there is a lawful or moral duty to speak, or where an inquiry left unanswered would be misleading, whether intentionally or not with their actions. All Defendants act outside their official powers and duties by misapplying financial responsibility requirements upon Plaintiff without due process of Law, in bad faith, and negligence to extort personal data, performance and commercial items in a Federal Funding Ponzi-scheme to cause injury to plaintiff. Pursuant to 421.108 All Defendants have a duty and obligation of good faith in their performance and enforcement which has been breached willingly, knowingly, and intentionally in this case to bring harm to plaintiff.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Punitive damages as allowed by law, compensatory damages of five hundred thousand 00/100 united States dollars, reasonable attorney's fees, costs, litigation expenses and any other relief this Court deems just and appropriate.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 29th day of March 20 23.

Respectfully Submitted,

*Chrissy Sinclair Lockridge*
Signature of Plaintiff

N/A
Plaintiff's Telephone Number

1cslockridge@gmail.com
Plaintiff's Email Address

P.O. Box 18022
Milwaukee, Wi 53218
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:23-cv-00403-LA    Filed 03/29/23    Page 6 of 6    Document 1