# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

CHANEY SINCLAIR LOCKWOOD,
    Plaintiff

    v.    CASE NUMBER: 23-C-0403

JOHN T. CHISHOLM, et al.,
    Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff shall take nothing by his complaint and this action is dismissed.

    April 4, 2023                          Gina M. Colletti
Date                                                                 Clerk

                                                                        s/ K. Rafalski
                                                                        (By) Deputy Clerk